**1350 WAYNE COUNTY SAVINGS BANK vs. SUPERVISOR (Ros- common Township), No. 13811, 97 M., 630.**

To compel the assessment of an amount sufficient to pay inter- est and principal on certain township bonds, it appearing that an assessment had been made in 1892, in conformity with the man- date of this court, for the interest and principal on bonds then matured, but that the entire amount of the levy had not been collected and relator asks that the unpaid balance be included in the new assessment, with other sums for interest and principal since maturing.

Granted as to the since accuring interest and since maturing principal, but denied as to amount embraced in the former assess- ment, November 15, 1893.

The court entertained the application because the Circuit Court had not been in session since September, and would not be until after January 1, 1894.